CRIMINAL CASE COVER SHEET
U.S. DISTRICT COURT
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 24 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: __Durant__

COUNTY: __Holmes__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # ____
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

3:18cr11 HTW-FKB

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES __X__ NO

MATTER TO BE SEALED: ___ YES __X__ NO

NAME/ALIAS: __Teresa C. Chism a/k/a Teresa Wallace__

**U.S. ATTORNEY INFORMATION:**

AUSA __Mary Helen Wall__     BAR # __100857__

INTERPRETER: __X__ No ____ Yes   LIST LANGUAGE AND/OR DIALECT: ____

**LOCATION STATUS:**     ARREST DATE ____

____ ALREADY IN FEDERAL CUSTODY AS OF ____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __24__     ___ PETTY ___ MISDEMEANOR __24__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:287.F__ | 18 USC § 287 | False or fraudulent claims | 1-24 |

Date: __1-19-18__     SIGNATURE OF AUSA: __Mary Helen Wall__

Revised 2/26/2010